UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1578(JMR/FLN)

| | | |
|---|---|---|
| R.L. Cooperman & Associates, LLC | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Dole Packaged Foods Company, Inc. | ) | |

Defendant seeks to dismiss plaintiff's action. The Court heard oral argument on January 12, 2001. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Defendant's motion to dismiss is denied.

Dated: January 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK