UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1578(JMR/FLN)

R. L. Cooperman & Associates, LLC )
)
v. ) ORDER
)
Dole Packaged Foods Company, Inc. )

Plaintiff seeks leave to file an amended complaint in this action. Based on the files, records, and proceedings herein, and for the reasons set forth at the January 12, 2001, hearing, IT IS ORDERED that:

Plaintiff's motion to amend the complaint is granted.

Dated: January 31st, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK