UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| R. L. COOPERMAN & ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOLE PACKAGED FOODS COMPANY, INC.,<br><br>Defendant. | ) | Court File No. 00-1578 (JMR/FLN)<br><br>**ORDER** |

This matter came before the Court upon the parties' Stipulated Motion to Modify Pretrial Schedule. The motion is granted, and the Pretrial Schedule in this matter will be modified as follows:

1. Extend Plaintiff's full disclosure of the substance of the testimony to be offered by Plaintiff's expert witness from April 1, 2001 to April 9, 2001.

2. Extend Defendant's full disclosure of the substance of the testimony to be offered by Defendant's expert witness from April 15, 2001 to April 23, 2001.

No other dates in the Pretrial Schedule are changed as a result of this modification.

Dated: April 3, 2001.

Franklin L. Noel
The Honorable Franklin L. Noel
United States Magistrate Judge

Doc# 1379666\1



FILED APR - 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| R. L. COOPERMAN & ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOLE PACKAGED FOODS COMPANY, INC.,<br><br>Defendant. | ) | Court File No. 00-1578 (JMR/FLN)<br><br>**<u>STIPULATED MOTION TO MODIFY PRETRIAL SCHEDULE</u>** |

Pursuant to this Stipulated Motion, Plaintiff R. L. Cooperman & Associates, LLC and Defendant Dole Packaged Foods Company, Inc. hereby move the Court for a modification of the Pretrial Schedule as follows:

1. Extend Plaintiff's full disclosure of the substance of the testimony to be offered by Plaintiff's expert witness from April 1, 2001 to April 9, 2001.

2. Extend Defendant's full disclosure of the substance of the testimony to be offered by Defendant's expert witness from April 15, 2001 to April 23, 2001.

The grounds for the motion are that Defendant requested, and Plaintiff granted, an eight day extension for Defendant's response to Plaintiff's written discovery requests. Plaintiff granted the extension on the condition that Defendant agree to an eight-day extension of Plaintiff's disclosure of its expert report, the preparation of which requires information from Defendant produced in response to Plaintiff's discovery. Plaintiff agreed to an additional eight-day extension for Defendant's expert report so as to provide the same period to Defendant as originally contained in the Pretrial Schedule. No other dates in the Pretrial Schedule are affected

by the modification requested in this motion.

The parties request that the Court advise counsel if a hearing hereon is desired.

Dated: March 23, 2001.

LINDQUIST & VENNUM P.L.L.P.

By: Steven D Kelley
Steven D. Kelley, No. 229726
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211
Fax: (612) 371-3207

ATTORNEYS FOR PLAINTIFF

Dated: March 26, 2001.

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
Richard J. Wegener, No. 128429
Andrew S. Hansen, No. 285894
Jay A. Johnson, No. 030380X
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Fax: (612) 607-7100

ATTORNEYS FOR DEFENDANT