UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

R.L. Cooperman & Associates, LLC, Civil No. 00-1578 JMR/FLN

Plaintiff,

v. **ORDER**

Dole Packaged Foods Company, Inc.,

Defendant.

---

STEVEN KELLEY, Esq., for Plaintiff.
RICHARD WEGENER, Esq., & ANDREW HANSEN, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 14, 2001, on Plaintiff's Motion to Compel Discovery and Extend the Pretrial Schedule [#28].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery and Extend the Pretrial Schedule [#28] is **GRANTED in part and DENIED in part** as follows:

1. Insofar as the Motion seeks to compel discovery of documents sufficient to identify all sales of Dole products at any Target affiliated store, including Super Target stores, it is **GRANTED**. Defendant will produce documents responsive to this Court's Order forthwith;

2. Insofar as the Motion seeks to extend the pretrial schedule, it is **GRANTED in part and DENIED in part** as follows:
   a. The Parties' supplemental expert reports shall be made as follows:

      i) By Plaintiff(s) on or before May 23, 2001.
      ii) By Defendant(s) on or before June 1, 2001.

   b. All other dates remain unchanged;

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Insofar as the Motion pertains to fees and costs, it is **DENIED**.

DATED: May 29, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge