UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| R. L. COOPERMAN & ASSOCIATES, LLC,<br>Plaintiff,<br>v.<br>DOLE PACKAGED FOODS COMPANY, INC.,<br>Defendant. | Court File No. 00-1578 (JMR/FLN)<br><br>**ORDER** |

Upon consideration of the stipulation of the parties and the record and proceedings herein, IT IS HEREBY ORDERED:

1. That plaintiff may take the depositions of Thomas Hartke and Michael McCormack, currently noticed to occur on May 29 and May 30, 2001, by no later than June 15, 2001.

2. That the remaining provisions of the Scheduling Order of October 2, 2000 (as modified by Order with respect to expert disclosures on May 14, 2001), including the dispositive motion deadlines, the ready for trial date, and the deadline for completion of all discovery other than that described in paragraph 1 of this Order shall be unchanged, with the sole exception that the parties may raise a dispute relating to the two depositions at issue in the same manner had the depositions been taken on the dates originally noticed.

Dated: May 29, 2001

Franklin L. Noel
Franklin L. Noel
United States Magistrate Judge

MAY 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc# 1397716\1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| R. L. COOPERMAN & ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOLE PACKAGED FOODS COMPANY, INC.,<br><br>Defendant. | Court File No. 00-1578 (JMR/FLN)<br><br>**STIPULATION** |

WHEREAS, pursuant to the Court's Scheduling Order of October 2, 2000 (as modified with respect to expert disclosures by Order of May 14, 2001), the period in which the parties may conduct discovery shall terminate on June 1, 2001; and

WHEREAS, plaintiff has noticed the depositions of defendant Dole Packaged Foods Company, Inc. representatives Thomas Hartke for May 29, 2001 and Michael McCormack for May 30, 2001; and

WHEREAS, counsel for defendant advised plaintiff's counsel earlier in May that Mr. McCormack was out of the United States and not scheduled to return until May 29, 2001, and also represented that Mr. Hartke and Dole's counsel were unavailable for the deposition noticed for May 29, 2001; and

WHEREAS, defendant has noticed and the parties are available and prepared to complete the depositions of two of the principals of plaintiff and plaintiff's expert witness on damages between the date hereof and June 1, 2001; and

FILED________________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________________
DEPUTY CLERK________________

WHEREAS, the parties agree that the deponents Messrs. Hartke and McCormack and counsel for the parties will be available and able to complete the depositions of Messrs. Hartke and McCormack on or before June 15, 2001.

NOW, THEREFORE, the parties stipulate and agree that the Court can enter the following Order.

Dated: 5-21-01

LINDQUIST & VENNUM P.L.L.P.

By Steven D Kelley

Steven D. Kelley
Attorney Reg. No. 229726
Garrett M. Weber
Attorney Reg. No. 271317
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFF

Dated: 5-21-01

OPPENHEIMER WOLFF & DONNELLY

By

Andrew S. Hansen
Attorney Reg. No. 285894
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7000

ATTORNEYS FOR DEFENDANT