UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

R. L. Cooperman & Associates, LLC,

Plaintiff,

v.

Dole Packaged Foods Company, Inc.,

Defendant.

Court File No. 00-1578 (JMR/FLN)

**STIPULATION AND ORDER**

---

**STIPULATION**

Plaintiff R.L. Cooperman & Associates ("Cooperman") and Defendant Dole Packaged Foods Company, Inc. ("Dole"), by their undersigned counsel, hereby stipulate as follows:

WHEREAS, Cooperman asserted a claim against Dole for tortious interference; and

WHEREAS, Cooperman agrees to dismiss its tortious interference claim with prejudice.

NOW, THEREFORE, the parties stipulate and agree that the Court may enter the following order.

Date: June 19, 2001

**LINDQUIST & VENNUM P.L.L.P.**

By: Steven D Kelley
Steven D. Kelley 229726

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFF R. L. COOPERMAN & ASSOCIATES, LLC**

JUL 2 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: June 18, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________
Richard J. Wegener (#128429)
Andrew S. Hansen (#285894)
David P. Graham (#185462)

3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT DOLE PACKAGED FOODS COMPANY, INC.**

**ORDER**

Upon consideration of the Stipulation of the parties and the record and proceedings herein,

IT IS HEREBY ORDERED:

that Plaintiff R.L. Cooperman and Associates' claim for tortious interference that is set forth in Count Two of Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

Date: June 22d, 2001

By: ______________________
The Honorable James M. Rosenbaum
U.S. District Court Judge